UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:26-cr-15-JEP-PDB

ANNY CHEN
 a/k/a Qianhua Chen
SHA XIE
LINLIN WANG
JIAWEI CHEN
 a/k/a Gary
YAFENG DENG
HAILING FENG
 a/k/a Helen Feng
KIAH HOLLY
XIONGHU FANG
TAO FAN
JADEN BULLION
KIN MAN CHEOK
 a/k/a Bruce

## UNITED STATES' MOTION TO UNSEAL THE INDICTMENT AND RELATED DOCUMENTS

The United States of America, by and through the undersigned Assistant United States Attorney, moves the Court to unseal the Indictment and related documents, all of which were filed in this matter on January 28, 2026. Arrests have been made in this case, and accordingly, there is no longer a need to keep the Indictment and related documents sealed. The unsealing of these documents is necessary for the prosecution of the targets of the investigation because copies of the documents must be provided to the targets after they are charged. For these reasons,

the United States respectfully requests that the Court unseal the Indictment and related documents.

>Respectfully submitted,
>
>GREGORY W. KEHOE
>United States Attorney
>
>By: /s/ *David B. Mesrobian*
>DAVID B. MESROBIAN
>Assistant United States Attorney
>USA No. 188
>300 N. Hogan Street, Suite 700
>Jacksonville, Florida 32202-4270
>Telephone: (904) 301-6300
>Facsimile: (904) 301-6310
>E-mail: david.mesrobian@usdoj.gov